UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:26-CR-00126-RGJ |
| JOHNTAE BRADSHAW | DEFENDANT |

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE DIRECTOR OF THE BRECKENRIDGE COUNTY DETENTION CENTER, GREETINGS:

We command that you have the body of Johntae Bradshaw, now detained in the Breckenridge County Detention Center, under your custody as it is said, under safe and secure conduct on or before October 21, 2026, at 1:00 p.m., via video conference at Louisville, Kentucky, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Breckenridge County Detention Center, under safe and secure conduct, and have you then and there this writ.

September 17, 2026

Rebecca Grady Jennings, District Judge
United States District Court